## Cullen *v.* City of Chester, Appellant.

*Appeals—Superior Court—Divided court.*

Where the appellate court is equally divided the decree of the lower court will be affirmed.

Argued November 21, 1922. Appeal, No. 156, Oct. T., 1922, by defendant, from judgment of C. P. Delaware County, Dec. T., 1920, No. 9, on verdict for plaintiff in the case of William B. Cullen v. City of Chester. Before PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Affirmed.

Trespass to recover damages for personal injuries. Before BROOMALL, J.

From the record it appeared that the plaintiff was injured while riding a motorcycle on Third Street, a pub-

116, (1922).] Statement of Facts—Opinion of the Court.

lic street in the City of Chester. The accident occurred at 12:30 p. m. At the place of the accident there was a hole or depression in the roadway which was two feet wide, six inches deep and extended from the trolley track in the center of the street to the sidewalk, and had existed in that condition for a period of about four months. The defense advanced was that the accident having taken place in daytime that the plaintiff could have prevented it if he had exercised reasonable care, and that he was guilty of contributory negligence.

The court submitted the case to the jury who rendered a verdict in favor of the plaintiff for $750 and judgment was entered thereon. Defendant appealed.

*Error assigned,* among others, was refusal of defendant's motion for judgment non obstante veredicto.

*A. A. Cochran,* for appellant.

*E. A. Howell,* for appellee.

PER CURIAM, December 11, 1922:

The judges who heard the argument of this appeal being equally divided in opinion the judgment is affirmed.